**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TAYE L. ELLEBY,

                Petitioner,                20 **CIVIL** 2935 (PAE)

      -against-                           **JUDGMENT**

BRANDON J. SMITH, *Superintendent of Greene Correctional Facility*,

                Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 22, 2020, the Petition is denied without prejudice; accordingly, this case is closed.

**DATED:**  New York, New York
          May 26, 2020

                                               **RUBY J. KRAJICK**
                                               _____
                                                  **Clerk of Court**
                              **BY:**
                                                  _____
                                                      **Deputy Clerk**